```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 07 B 17589
   ERMA WILLIAMS
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2660


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
   The case was filed on 09/26/2007 and was not confirmed.

   The case was dismissed without confirmation 12/03/2007.
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                         PAID          PAID
------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE SECURED VEHIC   13862.00             .00           .00
CINGULAR                 UNSECURED       NOT FILED            .00           .00
CAPITAL ONE              UNSECURED       NOT FILED            .00           .00
CITY OF CHICAGO PARKING  UNSECURED       NOT FILED            .00           .00
FIRST PREMIER BANK       UNSECURED       NOT FILED            .00           .00
HARVARD COLLECTION       UNSECURED       NOT FILED            .00           .00
HSBC                     UNSECURED       NOT FILED            .00           .00
US CELLULAR              UNSECURED       NOT FILED            .00           .00
CAPITAL ONE AUTO FINANCE UNSECURED        1245.83             .00           .00
RJM AQUISITIONS FUNDING  UNSECURED         116.20             .00           .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY     3,464.00                           .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                     ---------------     ---------------
TOTALS                       .00                    .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/26/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 07 B 17589 ERMA WILLIAMS